UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LATOYA LATION WILSON, | ) | Case No.: 1:22 CV 2078 |
| Plaintiff | ) ) ) | |
| v. | ) ) | JUDGE SOLOMON OLIVER, JR. |
| UNIVERSITY CIRCLE, INC., *et al.*, | ) ) ) | |
| Defendants | ) | STATUS CONFERENCE ORDER |

The court held a telephonic status conference with counsel for the parties in the within case on May 24, 2023, at 3:00 p.m. During the conference, Plaintiff's counsel indicated that the related state criminal case has concluded and that they are prepared to mediate this case. However, they would like to do so after conducting some limited discovery. Accordingly, the court hereby refers the case to Magistrate Judge Jennifer Dowdell Armstrong to conduct a settlement conference as soon as possible after August 1, 2023.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

May 24, 2023