IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO – EASTERN DIVISION

| | | |
|---|---|---|
| LATOYA LATION WILSON | ) | CASE NO. |
| | ) | 1:22-CV-02078 |
| Plaintiff, | ) | |
| | ) | JUDGE |
| v. | ) | Solomon Oliver |
| | ) | |
| UNIVERSITY CIRCLE, INC., et al., | ) | |
| | ) | **MOTION TO RESCHEDULE** |
| Defendant. | ) | **MEDIATION** |

Now comes Plaintiff, Latoya Wilson, by and through counsel, and respectfully requests the Court grant that the mediation be rescheduled for 09/05/2023, 09/06/2023, or 09/08/2023. Plaintiff's Counsel will be out of town until then. Both parties have spoken and agreed to the above-mentioned dates for the mediation reschedule. Both parties kindly await an answer from the Court at the Court's pleasure.

Respectfully submitted,

/s/ *Bruce D. Taubman*
Bruce D. Taubman (0001410)
Taubman Law
1444 W. 25th
Cleveland, OH 44113
Ph: (216) 621-0794
Fax: (216) 810-2123
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

A copy of the foregoing has been sent on August 17, 2023 to:

James A. Climer
John D. Pinzone
Edmond Z. Jaber
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
440-248-7906
Email: jclimer@mrrlaw.com
       jpinzone@mrrlaw.com
       ejaber@mrrlaw.com

                            Respectfully submitted,

                            */s/ Bruce D. Taubman*
                            Bruce D. Taubman
                            Attorney for Plaintiff